**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1533**

SEAN DARNELL FOWLKES,

             Plaintiff – Appellant,

        v.

MICHAEL HANLON, Assistant United States Attorney,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, Chief District
Judge.  (1:14-cv-01270-CCB)

Submitted: October 14, 2014          Decided:  October 21, 2014

Before GREGORY and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sean Darnell Fowlkes, Appellant Pro Se.  Molissa Heather Farber,
Victor Matthew Lawrence, OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Darnell Fowlkes appeals the district court's order finding that the defendant was entitled to absolute immunity and denying relief on Fowlkes' complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fowlkes v. Hanlon, No. 1:14-cv-01270-CCB (D. Md. May 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED